Honorable J. Kelley Arnold

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PATRICK J. BRADY, | Case No. C O2-5327JKA |
| Plaintiff, | |
| vs. | ORDER REOPENING CASE |
| CONSOLIDATED FREIGHTWAYS Corp., et al | |
| Defendants. | |

Based upon the *Motion To Reopen Case*, and the Court finding good cause exists, it is hereby ordered that this matter shall be deemed to be reopened.

Dated: November 14, 2006.

*/s/ J. Kelley Arnold*_____
Honorable J. Kelley Arnold
U.S. Magistrate Judge

PRESENTED BY:

SUSSMAN SHANK LLP

   */s/ Robert L. Carlton*_____
Robert L. Carlton, WSBA No. 33391
Martin P. Meyers, WSBA No. 33396
Special Counsel for K. Morgan Enterprises, Inc.,
in its capacity as the trustee of the Trust For
Certain Creditors Of Consolidated Freightways
Corporation And Certain Affiliates

F:\CLIENTS\17533\001\WORK PRODUCT\P-ORDER REOPENING CASE (BRADY).DOC

ORDER REOPENING CASE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Dockets.Justia.com