|    |                                                                    |
|----|--------------------------------------------------------------------|
| 1  | HONORABLE J. Kelley Arnold                                         |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| PATRICK J. BRADY,              ) | Case No. **C02-5327JKA** |
|----------------------------------|--------------------------|
| Plaintiff,                     ) |                          |
| vs.                            ) | Stipulated Order of Dismissal with Prejudice |
| CONSOLIDATED FREIGHTWAYS       ) |                          |
| CORP, et al,                   ) |                          |
| Defendants.                    ) |                          |

The parties having informed the court that they have settled this matter and mutually request it be dismissed, as shown by their signatures below,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and the clerk is directed to enter judgment accordingly.

Dated this 14th day of November, 2006.

*/s/ J. Kelley Arnold*
United States Magistrate Judge

IT IS SO STIPULATED

_____           _____
Peter Fels, WSB#23708              Robert L. Carlton, WSB#3339
Attorney for Patrick J. Brady      SUSSMAN SHANK, LLP
                                   Of Attorneys for Defendants

1- BRADY v. CONSOLIDATED FREIGHTWAYS
CO2-5327JKA  - Stipulated Order of Dismissal With Prejudice

**PETER L. FELS,** PC
WSB#23708 ●OSB#78197
**211 E. Eleventh St., #105**
**Vancouver, WA., 98660**
**Phone: (360) 694-4530**
**Fax: (360) 694-4659**