# United States District Court
WESTERN DISTRICT OF WASHINGTON

PATRICK J BRADY
                    Plaintiff,

v.

CONSOLIDATED FREIGHTWAYS CORP,
et al.,
                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C02-5327JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**This matter is hereby DISMISSED WITH PREJUDICE at parties' mutual request.**

November 15, 2006
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk